**Order entered November 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01209-CV

### E.F. JOHNSON COMPANY, Appellant

### V.

### INFINITY GLOBAL TECHNOLOGY F/K/A INFINITY GEAR AND TECHNOLOGY, LLC, ET AL., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14303-D**

## ORDER

The Court has reviewed the sealed clerk's record in this case. Upon review of the clerk's record, it appears the trial court has ordered sealed only Exhibit 18 to E.F. Johnson Company's February 21, 2013 Motion for Summary Judgment. Accordingly, we **STRIKE** the sealed clerk's record and the sealed supplemental clerk's record. We **ORDER** Gary Fitzsimmons, District Clerk of Dallas County, to file **within ten (10) days of the date of this order** a corrected sealed clerk's record that includes only Exhibit 18 to E.F. Johnson Company's February 21, 2013 Motion for Summary Judgment, which was ordered sealed by the trial court, and to file a corrected unsealed clerk's record that includes all remaining items that the parties have requested included in the clerk's record.

/s/      CAROLYN WRIGHT
           CHIEF JUSTICE